1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH WAYNE GRAY III,                    No.  2:24-cv-1401 DC AC PS

12              Plaintiff,

13        v.                                    ORDER

14   HUNTER GREENWOOD, et al.,

15              Defendants.

16

17        Plaintiff is proceeding in this action pro se.  The case was accordingly referred to the

18   undersigned by Local Rule 302(c)(21).  On May 20, 2025, defendants filed a motion to dismiss.

19   ECF No. 15.  Plaintiff has not responded to the motion.  The court is concerned that plaintiff has

20   abandoned this case.

21        Local Rule 230(c) provides that opposition to the granting of a motion must be filed

22   fourteen days after the motion is filed.  The Local Rule further provides that "[n]o party will be

23   entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion

24   has not been timely filed by that party."  In addition, Local Rule 230(j) provides that failure to

25   appear may be deemed withdrawal of opposition to the motion or may result in sanctions.

26   Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

27   imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

28   the Court."

1

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion no later than **June 16, 2025**.  Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: June 6, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2