UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE GRAY, III,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER GREENWOOD, et al.,<br><br>Defendants. | No. 2:24-cv-1401 DC AC PS<br><br><br>ORDER |

      Plaintiff is proceeding in this action in pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On August 19, 2025, defendants filed a motion to dismiss set to be heard on October 15, 2025. ECF No. 30. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was September 2, 2025. Plaintiff did not file an opposition or statement of non-opposition.

      Good cause appearing, IT IS HEREBY ORDERED that the hearing date of October 15, 2025 is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails

1  to respond, the undersigned will recommend that this case be dismissed for failure to prosecute
2  pursuant to Local Rule 110.
3       IT IS SO ORDRED.
4  DATED: September 4, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE