UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH WAYNE GRAY, III,

Plaintiff,

v.

HUNTER GREENWOOD, et al.,

Defendants.

No. 2:24-cv-01401-DC-AC (PS)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. Nos. 30, 35)

Plaintiff Kenneth Wayne Gray III, proceeding *pro se* and *in forma pauperis* filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 4, 2025, Plaintiff filed the operative first amended complaint against Defendants Sergeant Greenwood, Lieutenant Lopez, and Officer Daily. (Doc. No. 27.) Therein, Plaintiff alleges his First Amendment rights were violated when officers retaliated against him by detaining him after he began filming. (*Id*. at 1, 3.) Plaintiff also alleges his Fourth Amendment rights were violated when Defendants unlawfully detained and falsely arrested him; performed an unlawful search and seizure of his person and property; entered his home without permission, a warrant, or exigent circumstances; and used excessive force against him. (*Id*.)

On August 19, 2025, Defendants filed a motion to dismiss Plaintiff's first amended complaint. (Doc. No. 30.) Defendants contend Plaintiff's First Amendment claim should be

1

dismissed because Defendants are entitled to qualified immunity. (Doc. No. 30-1 at 4–5.) Defendants also contend Plaintiff fails to state a claim of unlawful detention because Defendants had probable cause to detain Plaintiff pursuant to California Penal Code § 148. (*Id*. at 7–8.) Lastly, Defendants argue Plaintiff's excessive force and unlawful search claims against Defendant Lopez should be dismissed. (*Id*. at 6.)

On October 27, 2025, the magistrate judge filed findings and recommendations recommending Defendants' motion to dismiss be granted with respect to the excessive force and unlawful search claims against Defendant Lopez. (Doc. No. 35 at 9.) The magistrate judge recommended Defendants' motion be denied in all other respects. (*Id*.) The pending findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (*Id*.) No objections were filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 27, 2025 (Doc. No. 35) are ADOPTED in full;

2. Defendants' motion to dismiss (Doc. No. 30) is GRANTED as to the following claims:

   a. Plaintiff's Fourth Amendment excessive force and unlawful search claims against Defendant Lopez;

3. Defendants' motion to dismiss (Doc. No. 30) is DENIED as to the following claims:

   a. Plaintiff's First Amendment claim for retaliation;

   b. Plaintiff's Fourth Amendment claim for unlawful detention; and;

/////

2

4. This matter is referred back to the assigned magistrate judge for further proceedings.

     IT IS SO ORDERED.

Dated:   **March 26, 2026**

Dena Coggins
United States District Judge